# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| | |
|---|---|
| MARGARET CORKREAN,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>DRAKE UNIVERSITY and GESINE GERHARD,<br><br>　　　　　Defendants. | CASE NO.   **20-cv-336**<br><br>Removed from the Iowa District Court in and for Polk County, No. LACL148777<br><br>**NOTICE OF REMOVAL** |

COME NOW Defendants, Drake University and Gesine Gerhard, (collectively "Defendants"), pursuant to 28 U.S.C. §§ 1331, 1441, and 1446 and Federal Rule of Civil Procedure 81, and gives Notice of Removal of Case No. LACL148777 from the Iowa District Court for Polk County to this Court. In support of this action, Defendants state the following:

1. On September 25, 2020, Plaintiff Margaret Corkrean ("Plaintiff") filed an action entitled *Margaret Corkrean v. Drake University and Gesine Gerhard, individually,* Case No. LACL148777, in the Iowa District Court in and for Polk County. The state court in which the lawsuit was commenced is within this Court's district and division.

2. Counsel for Plaintiff is:

    Megan Flynn
    Michael J. Carroll
    COPPOLA LAW FIRM
    2100 Westown Pkwy, Suite 210
    West Des Moines, IA 50265
    (515) 453-1055
    (515) 455-1059 (fax)
    megan@wdmlawyers.com
    michael@wdmlawyers.com
    ATTORNEYS FOR PLAINTIFF

3. This case is properly removed to this Court pursuant to 28 U.S.C. §§ 1441 and 1446. Defendants accepted service of the Original Notice and Petition on October 1, 2020 via the undersigned attorney, and within 30 days of this Notice of Removal. *See* 28 U.S.C. § 1446(b).

4. The parties have conducted no discovery and no substantive proceedings have occurred in this action.

5. The case is within the Court's jurisdiction under 28 U.S.C. § 1331 because Plaintiff's Americans with Disabilities Act ("ADA") and Family and Medical Leave Act ("FMLA") claims present federal questions—i.e., arise under the laws of the United States. Supplemental jurisdiction exists with respect to Plaintiff's state law claims because they are part of the same case or controversies as Plaintiff's ADA and FMLA claims. 28 U.S.C. § 1367(a).

6. Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal will be filed promptly with the state court and served upon opposing counsel.

7. Pursuant to 28 U.S.C. § 1446(a) and Local Rule 81(a), copies of all process, pleadings, and orders filed in the state case are attached to the Local Rule 81(a) List on Removal, which is filed contemporaneously herewith.

WHEREFORE, Defendants Drake University and Gesine Gerhard notify this Court, the state court, and the parties of the removal of this lawsuit to the United States District Court for the Southern District of Iowa, Central Division.

Respectfully submitted this <u>28</u> day of October, 2020.

                                                 */s/*

Rebecca E. Reif (AT0011963)
Olivia D. Brooks (AT0014216)
AHLERS & COONEY, P.C.
100 Court Avenue, Suite 600
Des Moines, Iowa 50309
(515) 243-7611
(515) 243-2149 (fax)
rreif@ahlerslaw.com
obrooks@ahlerslaw.com
ATTORNEY FOR DRAKE DEFENDANTS

**Electronically filed and served.**

Megan Flynn
Michael J. Carroll
COPPOLA LAW FIRM
2100 Westown Pkwy, Suite 210
West Des Moines, IA 50265
(515) 453-1055
(515) 455-1059 (fax)
megan@wdmlawyers.com
michael@wdmlawyers.com
ATTORNEYS FOR PLAINTIFF

| CERTIFICATE OF SERVICE |
|---|
| The undersigned certifies that the foregoing instrument was served upon all parties to the above cause to each of the attorneys of record herein at their respective addresses disclosed on the pleadings on: _October 28, 2020_ |
| By: ☐ U.S. Mail ☐ Fax |
| ☐ Hand delivery ☐ Private Carrier |
| ☒ Electronically (*via EDMS*) ☐ E-mail |
| Signature: _Kimberly Wolff_ |

01774861-1\10420-158