# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF IOWA

MARGARET CORKREAN,

                        **CIVIL NUMBER:  4:20-cv-00336-RGE-SHL**

      Plaintiff(s),

v.                          **JUDGMENT IN A CIVIL CASE**

DRAKE UNIVERSITY and GESINE GERHARD,

      Defendant(s),

☐ **JURY VERDICT.** This action came before the Court for trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **DECISION BY COURT.** This action came before the Court. The issues have been considered and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED**:

Defendants' Motion for Summary Judgment is granted. Judgment is entered in favor of Defendants' and against Plaintiff.

Date: March 2, 2022

                                      CLERK, U.S. DISTRICT COURT

                                      /s/  Brian Phillips

                                      By: Deputy Clerk